LORRAINE JOHNSON, an Infant, by ALICE JOHNSON, Her Guardian ad Litem, Respondent, v. GILBERT BEATON, Appellant.— Judgment affirmed, with costs. All concur.

THOMAS JOHNSON, Respondent, v. GILBERT BEATON, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of Judicial Settlement of the Accounts of ALBERT WARCHOL, Administrator, etc., of ANNA SUMMERS, Also Known as ANNA DOLATA and ANNA WARCHOL, Deceased.— Decree affirmed, with costs, under section 294 of the Surrogate's Court Act. All concur.

FRANK LAGRECO, Respondent, v. FRED CASWELL, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the defense of accord and satisfaction was established by the plaintiff's own testimony. All concur.

EDWARD A. NORTON, Respondent, v. HARTFORD FIRE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the examination is not directed to the proof of any allegation alleged in the complaint. All concur, except Thompson, J., who dissents and votes for affirmance.

EDWARD A. NORTON, Respondent, v. GLENS FALLS INSURANCE COMPANY OF GLENS FALLS, NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the examination is not directed to the proof of any allegation alleged in the complaint. All concur, except Thompson, J., who dissents and votes for affirmance.

METROPOLITAN COMMERCIAL CORPORATION, Appellant, v. ELMER H. SCHEFFLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See Curtiss v. Jebb, 203 N. Y. 538.) All concur. [143 Misc. 359.]

THERESA PICK, Respondent, v. OTTO WIEAND, Appellant.— Judgment and order affirmed, with costs. All concur.

SUSAN SCHOENTHAL, Respondent, v. CITY OF BATAVIA, Appellant.— Judgment and order affirmed, with costs. All concur.

LYLE F. GATES, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 240 App. Div. 444.]

EDNA A. RALPH, Respondent, v. EDITH S. CRONK, as Administratrix, etc., of ADELBERT D. CRONK, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, pp. 907, 915.]

J. ANNA AINSWORTH, Appellant, v. WILLIAM A. AINSWORTH, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs.